**Attachment A**

# GEOGRAPHIC RESTRICTION AREA

<u>**U.S. v. Kevin L. Johnson, a/k/a "Whammie," Cr. No. 23-cr-10043**</u>

During the period of supervised release, the defendant is prohibited from entering the exclusion zone, agreed upon by the parties, without the express permission of the U.S. Probation Office. This area is delineated and bounded by Quincy Street (North); Columbia Road (West); Washington Street and Cheney Street (South); Elm Hill Ave and Warren Street (East).